IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| CHAD REICHHOLD, ) | |
| Plaintiff, ) | Civil Action No.: 3:16-cv-37 |
| ) | |
| VS. ) | |
| ) | |
| AUTOZONERS, LLC ) | |

**ORDER**

AND NOW, on this __28th__ day of __March__, 2016, having reviewed the Plaintiff's Motion to Dismiss and noting that the Defendant agrees with the Motion to Dismiss it is hereby Ordered and Decreed that the Plaintiff's Motion to Dismiss shall be Granted with prejudice.

_____
Kim R. Gibson, J.